Kamran Fattahi (Cal. Bar 150,343)
LAW OFFICES OF KAMRAN FATTAHI
15303 Ventura Boulevard, Suite 1400
Sherman Oaks, California 91403
Tel: (818) 205-0140
Fax: (818) 205-0145
E-mail: Kamran@FattahiLaw.com

Attorneys for Plaintiff
American Impex Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN IMPEX CORP., d/b/a ACE FABRICS & TRIMS,<br><br>                    Plaintiff,<br><br>        v.<br><br>INTERNATIONAL ACE TEX, INC.; PAYMAN MALEKAN; ETHAN MALEKAN; SEON MALEKAN; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Civil Case No. CV09-7082 PA (Ex)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 9, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 15<br>         (Hon. Percy Anderson)<br>         312 N. Spring St.<br>         Los Angeles, CA 90012 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on the date and at the time and place indicated above, or as soon thereafter as counsel may be heard, Plaintiff American Impex Corp., d/b/a Ace Fabrics & Trims, ("AIC"), through its counsel of record, will and does hereby move the Court for an order granting Motion for Preliminary Injunction against the named defendants in the above-entitled action on grounds that they have breached and violated the terms of the Settlement Agreement having an Effective Date of February 17, 2009.

More specifically, Plaintiff AIC will and hereby moves the Court for the following relief:

1. An order for preliminary injunction, directed at Defendants International Ace Tex, Inc., Payman Malekan, Ethan Malekan, and Seon Malekan, individually and collectively, their officers, owners, agents, servants, employees, representatives, related entities, predecessors, successors, and assigns, and all persons, entities, or corporations in active concert and participation with any of them, requiring them to:

    A. Fully and immediately comply with the terms set forth in ¶ 1 of the Settlement Agreement between Plaintiff AIC and "Ace Textile, Inc." having an effective date of February 17, 2009, namely: stop using either of the terms "Ace" or "Ace Textile" – alone or in combination with other term(s) or designs or logos – in any and all formats and manners of use whatsoever, including but not limited to use of these terms as part of its corporate name, trade name, as part of a trademark or service mark, in marketing, advertising, selling, or distributing of goods or services in the field of textiles or fabrics, and in telephone listings, websites or e-mail addresses, store signage, invoicing, packaging and shipping related to the same. However, the requirements of this paragraph are subject to the provisions in paragraph "B" below, which allow Defendants to begin using the term "ACETEX" as specifically set forth in that paragraph.

    B. Fully and immediately comply with the terms set forth in ¶ 2 of the Settlement Agreement between Plaintiff AIC and "Ace Textile, Inc." having an effective date of February 17, 2009, namely: adopt and use the terms "International Acetex" and/or "International Acetex, Inc." (hereinafter collectively the "New Name") as its corporate name, trade name, trademark or service mark, in marketing, advertising, selling, or distributing of goods

or services in the field of textiles or fabrics, and in telephone listings, websites or e-mail addresses, store signage, invoicing, packaging and shipping related to the same. As for the corporation "Ace Textile, Inc.," and its change of name to "International Acetex, Inc.," such change shall be done under the same corporate charter. In adopting and using the New Name, the term "Acetex" shall appear as a single word without any separation between its letters; the word "International" shall always appear before the term "Acetex"; all the letters comprising the New Name shall appear either as upper case or as lower case letters; all the letters comprising the New Name shall be in the same size, color, font, and styling; and the New Name shall not appear or be used in a way that would highlight or give attention to the word "Ace" (by way of example, while "ACETEX", or "Acetex", or "acetex" may be used, Ace Textile shall not use "AceTex" or "Ace-Tex" or "Ace-tex" or "Ace/Tex" or "Ace/tex").

C. Stop using any other word, term, design, logo, symbol, trademark, trade name, or designation on or in connection with the advertising, marketing, selling, offering for sale, or distributing in the United States any textile or home furnishing products – as well as any related goods/services – wherein such other word, term, design, mark, logo, symbol, trademark, trade name, or designation is likely to cause confusion with Plaintiff's "ACE" or "ACE FABRICS & TRIMS" marks and trade names, or is likely to cause confusion, mistake, or deception as to the source, origin, affiliation, or sponsorship of the goods or services of Plaintiff.

- 3 -

Plaintiff's Notice of Motion for Prelim. Inj.
American Impex v. International Ace Tex

D. File with the Court and serve upon counsel for Plaintiff – within three (3) business days after the effective date of any Order Re Preliminary Injunction that the Court may issue – affidavits under penalty of perjury to confirm Defendants' compliance with the terms of any such Order.

This Motion for Preliminary Injunction is based on the following documents filed by Plaintiff in this action:

1. This Notice of Motion and Motion for Preliminary Injunction.

2. Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction (filed concurrently herewith).

3. Declaration of Matt Pouratian (previously filed on October 7, 2009 in support of Plaintiff's Ex Parte Application for TRO and OSC Re Preliminary Injunction, which is incorporated herein by reference).

4. [Proposed] Order Re Preliminary Injunction (filed concurrently herewith).

In addition, Plaintiff, through its counsel of record, may present arguments at any hearing of this Application, and may rely on other filed pleadings and orders of the Court in this action.

Dated: October 19, 2009          /s/Kamran Fattahi
                                 Kamran Fattahi
                                 LAW OFFICES OF KAMRAN FATTAHI
                                 Attorneys for Plaintiff,
                                 American Impex Corp.

- 4 -

Plaintiff's Notice of Motion for Prelim. Inj.
American Impex v. International Ace Tex

# PROOF OF SERVICE

As attorney of record for Plaintiff American Impex Corp. (d/b/a Ace Fabrics & Trims) in Civil Action No. CV09-7082 PA (Ex), I hereby certify that I caused the documents listed below to be served on the date indicated below on all parties to this action via the delivery method indicated and addressed to:

<u>Via E-mail (per stipulation by Larry F. Gitlin to accept service by e-mail)</u>

Larry F. Gitlin, Esq.
RAPKIN, GITLIN & BEAUMONT
21650 Oxnard St., Suite 1620
Woodland Hills, CA 91367-4620
E-mail: LGitlin@rgblawyers.com

Document(s) Served

- Plaintiff's Notice of Motion and Motion for Preliminary Injunction.
- Memorandum of Points and Authorities In Support of Plaintiff's Motion for Preliminary Injunction.
- [Proposed] Order Re Preliminary Injunction

Dated: October 19, 2009          /s/ Kamran Fattahi
                                 Kamran Fattahi
                                 LAW OFFICES OF KAMRAN FATTAHI
                                 Attorneys for Plaintiff,
                                 American Impex Corp.(d/b/a Ace Fabrics & Trims)

CV09-7082 PA (Ex)
American Impex v. International Ace Tex