UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN IMPEX CORP. d/b/a ACE FABRICS & TRIMS, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ACE TEX, INC., PAYMAN MALEKAN, ETHAN MALEKAN, and SEON MALEKAN <br><br> Defendants. | No. CV 09-7082 PA (Ex) <br><br> PRELIMINARY INJUNCTION |

Pursuant to the Court's November 16, 2009 Minute Order granting the Motion for Preliminary Injunction filed by plaintiff American Impex Corp.,

It is therefore now ORDERED that defendants International Ace Tex, Inc., Payman Malekan, Ethan Malekan, and Seon Malekan (collectively "Defendants") and their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this Order, are preliminarily enjoined from:

1. Using either of the terms "Ace" or "Ace Textile" -- alone or in combination with other term(s) or designs or logos -- in any and all formats and manners of use whatsoever, including but not limited to use of these terms as part of its corporate name, trade name, as part of a trademark or service mark, in marketing, advertising, selling, or

distributing of goods or services in the field of textiles or fabrics, and in telephone listings, websites, or e-mail addresses, store signage, invoicing, packaging and shipping related to the same.

2. Using the terms "Ace," "Ace Tex," or "Ace Textile" in its corporate name, trade name, trademark or service mark, in marketing, advertising, selling, or distributing of goods or services in the field of textiles or fabrics, and in telephone listings, websites or e-mail addresses, store signage, invoicing, packaging and shipping related to the same. Defendants may, however, use the name "International Acetex" or "International Acetex, Inc." in its corporate name, where the term "Acetex" appears as a single word without any separation between its letters.

IT IS SO ORDERED.

DATED: November 18, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE