1  Kamran Fattahi (Cal. Bar 150,343)
   LAW OFFICES OF KAMRAN FATTAHI
2  15303 Ventura Boulevard, Suite 1400
   Sherman Oaks, California 91403
3  Tel: (818) 205-0140
   Fax: (818) 205-0145
4  E-mail: Kamran@FattahiLaw.com

5  Attorneys for Plaintiff
   American Impex Corp.
6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  AMERICAN IMPEX CORP., d/b/a      ) Civil Case No. CV09-7082 PA (Ex)
    ACE FABRICS & TRIMS,             )
12                                   )
                   Plaintiff,        ) **CONSENT JUDGMENT AND**
13                                   ) **PERMANENT INJUNCTION**
          v.                         )
14                                   ) NOTE: CHANGES MADE BY THE
    INTERNATIONAL ACE TEX, INC.;     ) COURT
15  PAYMAN MALEKAN; ETHAN            )
    MALEKAN; SEON MALEKAN; and       )
16  DOES 1 through 10, inclusive,    )
                                     )
17                 Defendants.       )
    _____)

18      **WHEREAS** Plaintiff American Impex Corp., d/b/a Ace Fabrics & Trims,

19  ("Plaintiff") and Ace Textile, Inc. ("Ace Textile") were previously parties to an

20  action before this Court that was filed on March 19, 2008 and was captioned as

21  "American Impex Corp., d/b/a Ace Fabrics & Trims v. Ace Textile, Inc.; Civil

22  Case No. CV-08-01948 PA (Ex)" (hereinafter "the Original Action").

23      **WHEREAS** the Original Action primarily involved Plaintiff's claims of

24  trademark infringement and related unfair competition claims against Ace Textile

25  resulting from the latter's usage of the ACE and ACE TEXTILE trademarks and

26  trade names in marketing and selling textiles and fabrics in violation of Plaintiff's

27  trademark and trade identity rights in its federally registered marks ACE and ACE

28  FABRICS & TRIMS (i.e., U.S. Registration No. 3,472,010 for the mark ACE, and

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

U.S. Registration No. 3,472,011 for the mark ACE FABRICS & TRIMS).

**WHEREAS** Plaintiff and Ace Textile settled the Original Action by entering into a Settlement Agreement having an Effective Date of February 17, 2009 ("2009 Settlement Agreement"). As a result of the 2009 Settlement Agreement, on February 20, 2009, this Court entered an "Order Dismissing Action With Prejudice," which ended the Original Action between AIC and Ace Textile. This Court retained exclusive jurisdiction over any action or motion relating to the breach or enforcement of the 2009 Settlement Agreement.

**WHEREAS** Plaintiff filed a Complaint in the present action on September 29, 2009 (hereinafter "the Present Action") against defendants International Ace Tex, Inc., a California corporation, and individuals Payman Malekan, Ethan Malekan, and Seon Malekan (collectively "Defendants").

**WHEREAS** at the time of filing the Present Action, the corporate name of "Ace Textile, Inc.," had been changed with the State of California to "International Ace Tex, Inc.," and has now been re-changed to "International Acetex, Inc.," and therefore, the latter name refers to the same corporate entity as the named defendant "International Ace Tex, Inc." in the Present Action.

**WHEREAS** Peyman Malekan (erroneously named in the Present Action as Payman Malekan) and Ethan Malekan, who are named as defendants in the Present Action, are in fact one and the same individual, who may hereinafter be referred to as Peyman "Ethan" Malekan, and therefore, the latter name refers to the aforementioned named defendants in the Present Action.

**WHEREAS** the Complaint in the Present Action sets forth claims against Defendants for breach of the 2009 Settlement Agreement, as well as claims similar to those in the Original Action for trademark infringement, and related unfair competition claims resulting from Defendants' continued usage of Plaintiff's ACE and ACE TEXTILE trademarks and trade names.

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

Consent Judgment and Permanent Injunction
American Impex v. Int'l Ace Tex; CV09-7082 PA (Ex)

**WHEREAS** the parties in the Present Action have stipulated to the entry of this Consent Judgment and Permanent Injunction, and understand by doing so that the entry thereof is part and parcel of a compromise and settlement of disputed claims as set forth in a Settlement Agreement between the parties having an Effective Date of February 1, 2010 (hereinafter "the 2010 Settlement Agreement"), and is not an admission of liability or wrongdoing, all of which are expressly denied.

**IT IS HEREBY ORDERED, DETERMINED AND ADJUDGED THAT:**

1.      The Court has jurisdiction over the subject matter of this civil action and over all the named parties.

2.      U.S. Registration No. 3,472,010 for the mark "ACE" and U.S. Registration No. 3,472,011 for the mark "ACE FABRICS & TRIMS" are owned exclusively by Plaintiff, and are valid and fully enforceable.

3.      Effective February 15, 2010, Defendants International Ace Tex, Inc. (now "International Acetex, Inc."), Peyman "Ethan" Malekan (named in the Present Action as Payman Malekan or Ethan Malekan), and Seon Malekan (collectively "Defendants"), and their officers, owners, agents, servants, employees, representatives, related entities, predecessors, successors, and assigns, and all persons, entities, or corporations in active concert and participation with any of them, are hereby permanently enjoined and ordered as follows:

a.      Permanently enjoined from using any of the terms "Ace" or "Ace Textile" or "Ace Tex" – alone or in combination with other term(s) or designs or logos – in any and all formats and manners of use whatsoever, including but not limited to use of these terms as part of its corporate name, trade name, as part of a trademark or service mark, in marketing, advertising, selling, or distributing of goods or services in the field of textiles or fabrics, in telephone listings, websites or e-

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

Consent Judgment and Permanent Injunction
American Impex v. Int'l Ace Tex; CV09-7082 PA (Ex)

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

1    mail addresses, store signage, invoicing, packaging, shipping, and in

2    all other things related to the same.  However, the requirements of this

3    sub-paragraph are subject to the provisions in sub-paragraphs 3.b. and

4    3.c. below, which allow Defendants to use the term "ACETEX" as

5    specifically set forth in those sub-paragraphs.

6    b.    Defendants may, however, adopt and use the terms "International

7          Acetex" and/or "International Acetex, Inc." (hereinafter collectively

8          the "New Name") as their corporate name, trade name, trademark or

9          service mark, in marketing, advertising, selling, or distributing of

10         goods or services in the field of textiles or fabrics, in telephone

11         listings, websites or e-mail addresses, store signage, invoicing,

12         packaging, shipping, and in all other things related to the same. As for

13         the corporation and its change of name to "International Acetex, Inc.,"

14         such change shall be done under the same existing corporate charter.

15   c.    In adopting and using the New Name in all places and things set forth

16         above, the term "Acetex" shall appear as a single word without any

17         separation between its letters; the word "International" shall always

18         appear before the term "Acetex"; all the letters comprising the New

19         Name shall appear either as upper case or as lower case letters; all the

20         letters comprising the New Name shall be in the same size, color, font,

21         and styling; and the New Name shall not appear or be used in a way

22         that would highlight or give attention to the word "Ace", including as

23         part of the term "ACETEX", or to the term "ACETEX" (by way of

24         example, while "ACETEX", or "Acetex", or "acetex" may be used,

25         Defendants shall not use "AceTex" or "Ace Tex" or "Ace-Tex" or

26         "Ace-tex" or "Ace tex" or "ace tex" or "Ace/Tex" or "Ace/tex").

27         Defendants shall bear sole responsibility for any claims that may be

28         brought by others for Defendants' adoption and use of the New Name.

Consent Judgment and Permanent Injunction
American Impex v. Int'l Ace Tex; CV09-7082 PA (Ex)

1          4.     ~~The Court shall retain exclusive jurisdiction over the parties and the~~

2   ~~persons and entities identified in this Consent Judgment and Permanent Injunction,~~

3   ~~and over any action or motion relating to the violation or enforcement thereof, or~~

4   ~~relating to the violation or enforcement of the 2010 Settlement Agreement.~~

5

6   **IT IS SO ORDERED.**

7

8   Dated: February 4, 2010      _____

9                              Percy Anderson

10                             UNITED STATES DISTRICT JUDGE

11                        * * * * * * *

12        As indicated by their signatures below, the attorneys of record for the parties

13   affirm that this Consent Judgment and Permanent Injunction has been reviewed by

14   and stipulated to by each of the parties, and that when entered by the Court, a copy

15   of this order shall be provided to each of the parties by their respective attorneys of

16   record.

17

18   Dated: February 2, 2010      _____

19                              Kamran Fattahi, Esq.

20                             LAW OFFICES OF KAMRAN FATTAHI
                                Attorneys for Plaintiff, American Impex Corp.

21

22   Dated: February 2, 2010      _____

23                              Larry F. Gitlin, Esq.

24                              RAPKIN, GITLIN & BEAUMONT
                              Attorneys for Defendants, International Ace Tex,

25                              Inc. (now "International Acetex, Inc."); Payman
                              Malekan (a.k.a. Peyman "Ethan" Malekan); Ethan

26                              Malekan (a.k.a. Peyman "Ethan" Malekan); Seon
                              Malekan

27

28

LAW OFFICES OF KAMRAN FATTAHI
Sherman Oaks Galleria
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Tel (818) 205-0140 ; Fax (818) 205-0145

Consent Judgment and Permanent Injunction
American Impex v. Int'l Ace Tex; CV09-7082 PA (Ex)